# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. FETZER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DR. W. ZANGH, et al.,<br><br>　　　　　Defendants. | 1:14cv00357 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Document 10) |

　　Plaintiff Christopher J. Fetzer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on March 13, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On September 29, 2014, the Magistrate Judge issued Findings and Recommendations that certain claims and Defendants be dismissed. The Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within twenty-one (21) days. Plaintiff did not file objections.[1]

---

[1] On September 19, 2014, Plaintiff notified the Court of his willingness to proceed only on the Eighth Amendment claim against Defendant Zangh. The United States Marshal was directed to serve Defendant Zangh on October 23, 2014.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 29, 2014, are ADOPTED in full;
2. This action SHALL proceed on the Eighth Amendment claim against Defendant Zangh; and
2. The remaining claims, as well as Defendants Beard and Davis, are DISMISSED from this action.

IT IS SO ORDERED.

Dated:   **October 29, 2014**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE