# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. FETZER,<br><br>          Plaintiff,<br><br>     vs.<br><br>DR. W. ZHANG,<br><br>          Defendant. | 1:14cv00357 LJO DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION, OR STATEMENT OF NON-OPPOSITION, TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY (30) DAYS |

   Plaintiff Christopher J. Fetzer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

   Defendant Zhang filed a motion for summary judgment on October 5, 2015.  Plaintiff has not opposed the motion for filed a statement of non-opposition.[1]

///

///

///

---

[1] The motion included the required notice pursuant to Rand v. Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998).

1

Accordingly, Plaintiff is ORDERED to either file an opposition, or statement of non-opposition, within thirty (30) days of the date of service of this motion.  <u>Failure to do so will result in a decision on the motion without Plaintiff's input</u>.

IT IS SO ORDERED.

Dated:   **November 30, 2015**          /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE